IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA GALLEGOS,<br><br>　　　　　Plaintiff,<br>　v.<br><br>WELLS FARGO BANK, N.A., and<br>NDEX WEST, LLC,<br><br>　　　　　Defendants. | 1:13-CV-608  AWI MJS<br><br>ORDER VACATING<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

　　　Defendant Wells Fargo Bank, N.A. has noticed for hearing and decision a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6).  The matter was scheduled for hearing to be held on June 10, 2013.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than May 27, 2013.  Plaintiff failed to do so.  Due to the failure to file a timely opposition or notice of non-opposition, Plaintiff is in violation of the Local Rules.  See Local Rule 230(c).  Plaintiff is not entitled to be heard at oral argument in opposition to the motion.  See id.  The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 10, 2013, is VACATED, and no party shall appear at that time.  As of June 10, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　June 7, 2013　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE