IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLANCA GALLEGOS, | ) | 1:13-CV-608  AWI MJS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER CLOSING CASE |
| | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 20, 2013, after identifying numerous deficiencies in the complaint, the Court granted Defendants' motion to dismiss and dismissed the entirety of the active complaint. See Court's Docket Doc. No. 15.  The Court granted Plaintiff leave to file an amended complaint within fourteen (14) days of service of the order.  See id.  The Court warned Plaintiff that the failure to timely file an amended complaint would result in the withdrawal of leave amend and the closure of the case without further notice.  See id.  Despite this warning, Plaintiff has filed no amended complaint.

The Court takes Plaintiff's failure to comply with the June 20, 2013 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter.  The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the only filed complaint contains no viable claims against any defendant, and the time to file an amended complaint has now passed.  Therefore, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that, due to Plaintiffs' failure to file an amended complaint as previously instructed, leave to amend as previously granted in the June 20, 2013 order on Defendants' motion to dismiss is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   July 8, 2013

SENIOR DISTRICT JUDGE